The People of the State of Illinois, defendant in error, v. Louis D. Glanz, plaintiff in error. Gen. No. 37,931.

 Opinion filed
June 26, 1935.

Jacob Levy, for plaintiff in error; Edward McTiernan, of counsel.
Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, Henry E. Seyfarth and John T. Gallagher, Assistant State's Attorneys, of counsel.

Mr. Justice Wilson delivered the opinion of the court.